Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:  sec@colevannote.com
Email:  lvn@colevannote.com

Rachele R. Byrd, Esq. (S.B. #190634)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ**
750 B Street, Suite 1820
San Diego, California 92101
Telephone:  (619) 239-4599
Facsimile:  (619) 234-4599
Email:  byrd@whafh.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN POLUK, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PATELCO CREDIT UNION,<br><br>Defendant. | **Case No. 4:24-cv-03962-DMR**<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Having considered Plaintiffs' Motion to relate *Eileen Poluk v. Patelco Credit Union*, Case No. 4:24-cv-03962-DMR (N.D. Cal.) and *Josh Warren v. Patelco Credit Union*, Case No. 3:24-cv-04036-LJC (N.D. Cal.), the court hereby **DENIES** Plaintiff's Motion.

**IT IS SO ORDERED.**

Dated: July 11/2024

By: _____
DONNA M. RYU
Chief Magistrate Judge