Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN POLUK, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PATELCO CREDIT UNION,<br><br>    Defendant. | Case No. 4:24-cv-03962-DMR<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

    **PLEASE TAKE NOTICE THAT** pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Representative Plaintiff Eileen Poluk ("Representative Plaintiff") hereby gives notice that the above-captioned case is voluntarily dismissed without prejudice.


Dated: July 22, 2024          By: */s/ Scott Edward Cole*
                      Scott Edward Cole, Esq. (S.B. #160744)

                      *Attorney for Representative Plaintiff and the Plaintiff Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

*/s/ Scott Edward Cole*
Scott Edward Cole, Esq.